**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.

JESSE LEE HOWARD,
        *Defendant-Appellant.*

No. 03-50524

D.C. No.
CR-03-00390-GAF

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.

JOSE LUIS FARIAS-BLANCO,
        *Defendant-Appellant.*

No. 03-50525

D.C. No.
03-0861M-ABC

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.

JOSE ANGEL CEDILLOS,
        *Defendant-Appellant.*

No. 03-50526

D.C. No.
03-0890M-ABC

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.

ROBERT HERMAN BOULIES,
        *Defendant-Appellant.*

No. 03-50527

D.C. No.
03-0945M-ABC

UNITED STATES OF AMERICA,
      *Plaintiff-Appellee,*

v.

DANIEL RIVERA-GONZALEZ,
      *Defendant-Appellant.*

No. 03-50532

D.C. No.
CR-03-00435-
RSWL

UNITED STATES OF AMERICA,
      *Plaintiff-Appellee,*

v.

JORGE PINEDA-FERNANDEZ, a/k/a
Jorge Peneda,
      *Defendant-Appellant.*

No. 03-50533

D.C. No.
CR-03-00439-GHK

UNITED STATES OF AMERICA,
      *Plaintiff-Appellee,*

v.

RANDOLPH ARTHUR CISNEROS,
      *Defendant-Appellant.*

No. 03-50534

D.C. No.
CR-03-00486-
RSWL

UNITED STATES OF AMERICA,
      *Plaintiff-Appellee,*

v.

CORNELIO GARCIA-CHAVEZ,
      *Defendant-Appellant.*

No. 03-50535

D.C. No.
CR-03-00493-NMM

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

JOSE CABANILLAS-NUNEZ, a/k/a Jose
Arsenio Cabanillas, Jose Arencio
Nunez,
          *Defendant-Appellant.*

No. 03-50536
D.C. No.
CR-03-00509-DMT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

RAYMOND FLORES,
          *Defendant-Appellant.*

No. 03-50537
D.C. No.
CR-03-00516-R-02

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

CHRISTIAN RAUDALES,
          *Defendant-Appellant.*

No. 03-50538
D.C. No.
CR-03-00533-FMC-
02

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

MIGUEL LENCIA,
          *Defendant-Appellant.*

No. 03-50539
D.C. No.
03-0858M-ABC

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

RAYMOND CAZARES,
          *Defendant-Appellant.*

No. 03-50540

D.C. No.
03-089M-ABC

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

VERNON CROCKER,
          *Defendant-Appellant.*

No. 03-50541

D.C. No.
03-0899M-ABC

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

LORENA GALLARDO,
          *Defendant-Appellant.*

No. 03-50542

D.C. No.
03-0944M-ABC

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

JEFFREY DARRYL WAFER,
          *Defendant-Appellant.*

No. 03-50543

D.C. No.
03-0860M-ABC



UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

      v.

PEDRO F. SANDOVAL-SANDOVAL,
          *Defendant-Appellant.*

No. 03-50544

D.C. No.
03-0896M-ABC

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

      v.

CARLOS ALVAREZ,
          *Defendant-Appellant.*

No. 03-50545

D.C. No.
03-0942M-ABC

ORDER

Filed September 15, 2006

Before: Mary M. Schroeder, Chief Judge, Ronald M. Gould
and Richard R. Clifton, Circuit Judges.

## ORDER

The panel has voted to grant the Petition for Rehearing.

The opinion filed November 15, 2005 is hereby withdrawn
and the Clerk of Court is directed to file the attached opinion
in substitution.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.